IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02521-WYD-KMT

HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

APCOMPOWER, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulation For Dismissal with Prejudice filed by the parties on March 31, 2011.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 16) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear her or its own costs and attorneys fees.

Dated:  March 31, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge